UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CARLO VARTINELLI #226798,

    Plaintiff,                    NO. 2:11-cv-11376

v                                HON. PATRICK J. DUGGAN

MILLICENT WARREN, *et al.*,        MAG. MARK A. RANDON

    Defendants.
_____/

## **ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**

      Defendants Millicent Warren, Peggy Harwood, Tonica Bates, Randee Rewerts, Joe Scott, William H. "Hugh" Wolfenbarger, Katherine Corrigan, Mary Ellen Hynes, Margaret Topham and Robbin McManus having filed a Motion to Stay Discovery and the Court having reviewed same and Plaintiff's response;

      **IT IS ORDERED** that the motion is **GRANTED** and discovery shall be stayed during the pendency of this action or until further Order of this court.

                                                           s/Mark A. Randon
                                                           Mark A. Randon
                                                           United States Magistrate Judge

Dated: April 19, 2012

                                          *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 19, 2012, electronically.*

                                            *s/Melody R. Miles*
                                            *Case Manager to Magistrate Judge Mark A. Randon*
                                            *(313) 234-5542*