UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLO VARTINELLI,

      Plaintiff,

v.

MILLICENT WARREN, et al.,

      Defendants.
_____/

Civil Action No.
11-CV-11376

Honorable Patrick J. Duggan

## ORDER REGARDING DISCOVERY

For the reasons stated on the record at the hearing held on December 2, 2014, (1) Plaintiff may depose Defendants Haywood, Bates, and McManus with regard to his claim that his legal mail was repeatedly opened outside his presence in violation of his First Amendment rights; and (2) Defendants shall produce by December 15, 2014 any existing documents relating to misconduct tickets documenting the impermissible use of tobacco by inmates and prison staff at Macomb Correctional Facility (MRF) while Plaintiff was housed there from January 2008 to March 2009. Defendants may redact names and other unique identifying information from the documents produced.

      **SO ORDERED.**

Dated: December 3, 2014                    s/PATRICK J. DUGGAN
                                           UNITED STATES DISTRICT JUDGE

Copies to:

Mario Bechara Azzi, Esq.
Cori E. Barkman, Esq.
Kevin R. Himebaugh, Esq.